MAUDE E. LEVERICH, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY, Appellant.— Order granting plaintiff's motion to set aside directed verdict and grant a new trial unanimously affirmed, with costs to abide the event. Present — Lazansky, P. J., Hagarty, Scudder and Tompkins, JJ.; Kapper, J., not voting.